# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| David W. Brankle,<br><br>        Petitioner,<br><br>v.<br><br>United States Probation Office for the Southern District of Ohio; Marc R. Grawe, Chief Probation Officer, Southern District of Ohio, in his official capacity jointly and severally; Any and All Unnamed Subordinates of the Above-Named Parties, in their official capacity, jointly and severally; United States Probation Office, for the District of Wyoming; Paul Ricketts, Chief Probation Officer, District of Wyoming, in his official capacity, jointly and severally; Federal Bureau of Prisons; Michael Carvajal, Director, Fed. Bureau of Prisons, in his official capacity, jointly and severally; J. Fikes, Warden, FCI Sandstone, Fed. Bureau of Prisons, in his official capacity, jointly and severally; and Any and All Subordinates of the Above-Named Parties, in their official capacity, jointly and severally,<br><br>        Respondents. | Case No. 21-CV-2528 (PJS/BRT)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

       The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated November 22, 2021. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of

1

the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. The emergency motion of petitioner David W. Brankle (Doc. No. 1) is **DENIED**.

2. Brankle's application to proceed *in forma pauperis* (Doc. No. 2) is **DENIED**.

3. This matter is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: January 10, 2022

s/Patrick J. Schiltz
PATRICK J. SCHILTZ
United States District Judge